UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

         Petitioner,

  v.

W. L. MUNIZ,

         Respondent.

Case No. 15-cv-05506-HSG (PR)

**JUDGMENT**

The habeas petition having been dismissed without prejudice, judgment is entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/10/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge